```
               UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF WEST VIRGINIA
                       AT CHARLESTON
```

**UNITED STATES OF AMERICA**

**v.**                              **CRIMINAL ACTION NO. 2:12-00010**

**WILLIAM LEON RHODES**


### SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER
### MEMORANDUM OPINION AND ORDER

On April 12, 2017, the United States of America appeared by Meredith George Thomas, Assistant United States Attorney, and the defendant, William Leon Rhodes, appeared in person and by his counsel, David R. Bungard, Assistant Federal Public Defender, for a hearing on the petition on supervised release and amendment thereto submitted by United States Probation Officer Justin L. Gibson.  The defendant commenced a three-year term of supervised release in this action on August 13, 2013, as more fully set forth in the Judgment Including Sentence Under the Sentencing Reform Act entered by the court on November 8, 2012.

The court heard the admissions of the defendant and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found that the defendant has violated the conditions of supervised release in the following respects: (1) the defendant committed the federal crime of felon in possession of a firearm as evidenced by the guilty verdict returned by the jury on January 11, 2017, with respect to the one-count superseding indictment returned on December 20, 2016, in Case No. 2:16-00202 charging a violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2) that took place on June 17, 2016, the defendant having been found to be in possession of a Heritage .22 caliber revolver; and (2) the defendant violated supervised release by possessing a firearm as set forth above; all as set forth in the petition on supervised release and amendment thereto.

And the court finding, as more fully set forth on the record of the hearing, that the violations warrant revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violations if supervised release were not revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth in 18 U.S.C. § 3583(e), that the defendant should be confined to the extent set forth below, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of **EIGHT (8) MONTHS**, which shall run consecutively to the 24-month term imposed in Criminal No. 2:16-00202, to be followed by a term of twenty-eight (28) months of supervised release, which term shall run concurrently with the three-year term imposed in Criminal No. 2:16-00202, upon the standard conditions of supervised release now in effect in this district as promulgated by the Administrative Office of the United States Courts (National Form AO 245B) and the standard conditions as set forth in Local Rule 32.3.

The defendant was remanded to the custody of the United States Marshal.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: May 10, 2017

_____
John T. Copenhaver, Jr.
United States District Judge